In the Matter of the Accounting of THOMAS L. FEITNER, as Executor of LOUISA VARET, Deceased, Respondent.

ELVINA L. VARET et al., Appellants.

*Matter of Varet*, 181 App. Div. 446, affirmed.

(Argued May 31, 1918; decided June 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1918, which affirmed a decree of the New York County Surrogate's Court settling the accounts of Thomas L. Feitner as executor of Louisa Varet, deceased. Appellants contended that the decree was erroneous in failing to surcharge the executor with the losses sustained by the estate by reason of his failure to comply with the command of his testatrix and to dispose of certain assets of the estate as directed by the will and as required of him in the exercise of due prudence and diligence in the discharge of the duties of his office, and in allowing the executor credit for certain payments made to counsel for services not necessary for the protection of or beneficial to the estate but rendered wholly for the benefit of the executor personally, and in failing to surcharge the executor with the amount of such payments.

*George L. Ingraham* and *Carroll Berry* for appellants.

*Morgan J. O'Brien* and *Edwin C. Mulligan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.